**DUNN v STATE**

**BUTTERWORTH v STATE**

**MEUSNER v STATE**

**WALKER v STATE**

**POSTON v STATE**

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided March 24, 1930

For full opinion see 173 NE 22; 36 Oh Ap 170 (Oh Bar 11-11-30).

**SHAFER v METRO-GOLDWYN-MAYER DISTRIBUTING CORP**

Ohio Appeals, 2nd Dist, Franklin Co
Decided Oct 26, 1929

For full opinion see 172 NE 689; 36 Oh Ap 31 (Oh Bar 10-21-30).